IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) INDICTMENT |
| Plaintiff, | ) |
| v. | ) CASE NO. 1:20 CR 156 |
| ADAM T. BENNETT, | ) Title 18, United States Code, Section 641 |
| Defendant. | ) JUDGE BARKER |

COUNT 1
(Theft of Government Property, 18 U.S.C. § 641)

The Grand Jury charges:

From in or around February 2015 and continuing until in or around June 2019, in the Northern District of Ohio, Eastern Division, Defendant ADAM T. BENNETT, in a continuing course of conduct, willfully and knowingly did steal, purloin and convert to his own use, without authority, dispose of property of the United States exceeding $1,000.00 in value, belonging to the United States Social Security Administration, an agency of the United States, to wit: Title XVI Supplemental Security Income benefits, in the amount of approximately $39,305.00, in violation of Title 18, United States Code, Section 641.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.